United States District Court
Southern District of Texas
**ENTERED**
November 23, 2021
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| Cassandra Harrison, | § | |
| | § | |
| Plaintiff(s), | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-21-2436 |
| | § | |
| Jared T.S. Pace, et al, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Because the Defendants have not made an appearance in this case and service has never been requested, the Plaintiff's causes of action are DISMISSED without prejudice for WANT OF PROSECUTION.   FED. R. CIV. P. 4(m).

SIGNED at Houston, Texas, this ___22___ day of November 2021.

_____
DAVID HITTNER
UNITED STATES DISTRICT JUDGE