

# United States Court of Appeals
## for the Fifth Circuit

United States Courts
Southern District of Texas
FILED
March 15, 2022
Nathan Ochsner, Clerk of Court

**A True Copy**
Certified order issued Mar 15, 2022

*Tyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

No. 21-20457

CASSANDRA HARRISON,

*Plaintiff—Appellant,*

versus

JARED T. S. PACE; CONDON TOBIN SLADEK THORNTON; FCI LENDERS; NICHOLAS M. FRAME; BARRY & SEWART; ME ALPHA II L.L.C.,

*Defendants—Appellees.*

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:21-CV-2436

CLERK'S OFFICE:

Under 5TH CIR. R. 42.3, the appeal is dismissed as of March 15, 2022, for want of prosecution. The appellant failed to timely comply with this Court's notice of 1/25/2022.

No. 21-20457

                               LYLE W. CAYCE
                               Clerk of the United States Court
                               of Appeals for the Fifth Circuit

By:            */s/ Dawn Shulin*
                               Dawn M. Shulin, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

# *United States Court of Appeals*
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

March 15, 2022

Mr. Nathan Ochsner
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

    No. 21-20457    Harrison v. Pace
                            USDC No. 4:21-CV-2436

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____
                            Dawn M. Shulin, Deputy Clerk
                            504-310-7658

cc w/encl:
    Ms. Cassandra Harrison